**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-CV-965

ANTHONY MILLS,

    Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality,
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Garden City Police Officer, in his individual capacity,
OFFICER TIENES, Kersey Police Officer, in his individual capacity,
OFFICER CANTOR, Greeley Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity, and
CHIEF CARL HARVEY, Town of LaSalle Police Chief, in his individual and official
    capacities,

    Defendants.

---

**CONVENTIONALLY SUBMITTED EXHIBITS 1-3 TO PLAINTIFF'S COMPLAINT**
**AND JURY DEMAND (COVER PAGE)**

---

Plaintiff Anthony Mills, by and through the undersigned counsel respectfully files this cover page, pursuant to ECF Rule 4.8(f), for all *Conventionally Submitted Exhibits 1-3 to Plaintiff's Complaint and Jury Demand*, which are described and labeled as follows:

1. **Exhibit 1** – David Miller's Body Camera Video (part 1)
2. **Exhibit 2** – David Miller's Body Camera Video (part 2)
3. **Exhibit 3** – David Miller's Body Camera Video (part 3)

                                              **THE LIFE & LIBERTY LAW OFFICE**

                                              */s/ Sarah Schielke*

2

                Sarah Schielke
                Counsel for Plaintiff
                The Life & Liberty Law Office LLC
                1209 Cleveland Avenue
                Loveland, CO 80537
                P: (970) 493-1980
                F: (970) 797-4008
                E: sarah@lifeandlibertylaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on **April 7, 2020**, a true and accurate copy of the foregoing *Conventionally Submitted Exhibits 1-3 to Plaintiff's Complaint and Jury Demand (Cover Page)* along with a CD containing copies of the video exhibits described herein have been sent to all named Defendants via U.S. Mail along with service of the Complaint, Summons and other associated case-initiated documents.

                */s/ Sarah Schielke*