IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00965-SKC

ANTHONY MILLS,

    Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality,
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER TIENES, Garden City Police Officer, in his individual capacity,
OFFICER CANTOR, Kersey Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity,
CHIEF CARL HARVEY, Town of LaSalle Police Chief, in his individual and
    official capacities,

    Defendants.
_____

## ENTRY OF APPEARANCE
_____

Attorney Gordon L. Vaughan, of the law firm of VAUGHAN & DeMURO, hereby enters his appearance on behalf of Defendants TOWN OF LASALLE, COLORADO; DAVID MILLER; and CHIEF CARL HARVEY (collectively referred to as "LaSalle Defendants").

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: April 16, 2020 | s/ Gordon L. Vaughan<br>Gordon L. Vaughan<br>VAUGHAN & DeMURO<br>111 South Tejon, Suite 545<br>Colorado Springs, CO 80903<br>(719) 578-5500 (phone)<br>(719) 578-5504 (fax)<br>gvaughan@vaughandemuro.com (e-mail)<br>ATTORNEY FOR LASALLE DEFENDANTS |

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Sarah Jay Schielke**
sarah@lifeandlibertylaw.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Gordon L. Vaughan
Gordon L. Vaughan