**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.        1:20-CV-00965        SKC

ANTHONY MILLS,
Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality,
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Garden City Police Officer, in his individual capacity,
OFFICER TIENES, Kersey Police Officer, in his individual capacity,
OFFICER CANTOR, Greeley Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity, and
CHIEF CARL HARVEY, Town of LaSalle Police Chief, in his individual and official capacities,
Defendants.

## ENTRY OF APPEARANCE

Marni Nathan Kloster of the law firm of Nathan Dumm & Mayer P.C. hereby enters her appearance on behalf of Defendant Weld County Sheriff's Office.

Respectfully submitted this 30th day of April, 2020.

/s/ Marni Nathan Kloster
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
Attorneys for Weld County Sheriff's Office

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Sarah Schielke, Esq.
The Life & Liberty Law Office LLC
1209 Cleveland Ave.
Loveland, CO  80537
shara@lifeandlibertylaw.com

Gordon L. Vaughan, Esq.
Vaughan & DeMuro
111 S. Tejon, Suite 545
Colorado Springs, CO  80903
gvaughan@vaughandemuro.com

                                          /s/ Marni Nathan Kloster
                                          Marni Nathan Kloster
                                          Nicholas C. Poppe
                                          Attorney for Weld County Sheriff's Office
                                          NATHAN DUMM & MAYER P.C.
                                          7900 E. Union Avenue, Suite 600
                                          Denver, CO  80237-2776
                                          Phone Number:  (303) 691-3737
                                          Facsimile:  (303) 757-5106
                                          NPoppe@ndm-law.com
                                          MNathan@ndm-law.com