**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:20-CV-00965     SKC

ANTHONY MILLS,
Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality,
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Garden City Police Officer, in his individual capacity,
OFFICER TIENES, Kersey Police Officer, in his individual capacity,
OFFICER CANTOR, Greeley Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity, and
CHIEF CARL HARVEY, Town of LaSalle Police Chief, in his individual and official capacities,
Defendants.

## ENTRY OF APPEARANCE

Nicholas C. Poppe of the law firm of Nathan Dumm & Mayer P.C. hereby enters his appearance on behalf of Defendant Weld County Sheriff's Office.

Respectfully submitted this 30th day of April, 2020.

/s/ Nicholas C. Poppe
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
Attorneys for Weld County Sheriff's Office

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Sarah Schielke, Esq.
The Life & Liberty Law Office LLC
1209 Cleveland Ave.
Loveland, CO 80537
shara@lifeandlibertylaw.com

Gordon L. Vaughan, Esq.
Vaughan & DeMuro
111 S. Tejon, Suite 545
Colorado Springs, CO 80903
gvaughan@vaughandemuro.com

/s/ Nicholas C. Poppe
Marni Nathan Kloster
Nicholas C. Poppe
Attorney for Weld County Sheriff's Office
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Facsimile: (303) 757-5106
NPoppe@ndm-law.com
MNathan@ndm-law.com