**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-965

ANTHONY MILLS,

Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITYOF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Garden City Police Officer, in his individual capacity,
OFFICER TIENES, Kersey Police Officer, in his individual capacity,
OFFICER CANTOR, Greeley Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity, and
CHIEF CARL HARVEY, Town of Lasalle Police Chief, in his individual and official capacities,

Defendants.

---

**ENTRY OF APPEARANCE**

---

**ERIC M. ZIPORIN**, of the law firm of **SGR, LLC**, enters his appearance on behalf of Defendants, **OFFICER WAYLON JOHNSON**, Garden City Police Officer, in his individual capacity, and **OFFICER JAMES THIENES** (incorrectly identified in the caption as "TIENES"), Kersey Police Officer, in his individual capacity.

Respectfully submitted,

/s/ Eric M. Ziporin

***Eric M. Ziporin***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

*Attorney for Defendants –*
*Officer Waylon Johnson and Officer James Thienes*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of May, 2020, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Schielke
sarah@lifeandlibertylaw.com
*Attorney for Plaintiff*

Gordon L. Vaughan
gvaughan@vaughandemuro.com
*Attorney for Defendants Town of LaSalle, Colorado, David Miller, and Chief Carl Harvey*

s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary