**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-965-SKC

ANTHONY MILLS,

       Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality,
WELD COUNTY SHERIFF'S OFFICE, a municipality,
DAVID MILLER, LaSalle Police Officer, in his individual capacity,
DEPUTY DECKER, Weld County Sheriff's Deputy, in his individual capacity,
OFFICER JOHNSON, Garden City Police Officer, in his individual capacity,
OFFICER TIENES, Kersey Police Officer, in his individual capacity,
OFFICER CANTOR, Greeley Police Officer, in his individual capacity,
OFFICER OTTO, Greeley Police Officer, in his individual capacity,
OFFICER CORLES, Greeley Police Officer, in his individual capacity,
CHIEF CARL HARVEY, Town of LaSalle Police Chief in his individual and official capacities,

       Defendant(s).

---

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS ERIC KANTOR, MICHAEL OTTO, WADE CORLISS, AND CITY OF GREELEY, COLORADO**

---

       Michael J. Axelrad, Senior Assistant City Attorney, for the City of Greeley,

Colorado hereby certifies that he is a member in good standing of the bar of this court,

and appears in this case as counsel for Defendants Eric Kantor (incorrectly identified in

the caption as "Cantor"), Michael Otto, Wade Corliss (incorrectly identified in the caption

as "Corles"), and the City of Greeley, Colorado.

       Dated this 14th day of May, 2020.

Respectfully submitted,

s/ Michael J. Axelrad
Michael J. Axelrad, Esq.
Greeley City Attorney's Office
1100 10th Street, Suite 401
Greeley, Colorado 80631
970-350-9757
michael.axelrad@greeleygov.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

<u>Counsel for Plaintiff</u>:
Sarah Schielke
sarah@lifeandlibertylaw.com

<u>Counsel for Defendants Town of LaSalle, David Miller, and Carl Harvey</u>:
Gordon Vaughan
gvaughan@vaughandemuro.com

<u>Counsel for Defendant Weld County Sheriff's Office</u>:
Marni Nathan Kloster
Nicholas Christaan Poppe
mkloster@ndm-law.com
npoppe@ndm-law.com

<u>Counsel for Defendants Waylon Johnson and James Thienes</u>:
Eric Michael Ziporin
Jennifer Lynn Nelson
eziporin@sgrllc.com
jnelson@sgrllc.com

*s/Becky Thomas*
Paralegal