IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-00965-RM-SKC

ANTHONY MILLS,

    Plaintiff,

v.

TOWN OF LASALLE, COLORADO, a municipality,
CITY OF GREELEY, COLORADO, a municipality, and
WELD COUNTY SHERIFF'S OFFICE, a municipality,

    Defendants.

---

## ORDER
---

Upon consideration of the Unopposed Motion for Dismissal of Remainder of Claims (ECF No. 60), and being otherwise fully advised, the Court **ORDERS** as follows:

(1) The Motion (ECF No. 60) is **GRANTED**;

(2) The remaining defendants and claims are **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs; and

(3) That the Clerk shall close this case.

DATED this 9th day of September, 2020.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge